UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-4716-SK Date: September 3, 2026

Title Josue Roberto Suarez-Ruiz v. Josh Janecka, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| | |
|---|---|
| A. Silva-Elder | n/a |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DISMISSING PETITION**

Petitioner has received two custody hearings before an immigration judge, with the most recent *Rodriguez* bond hearing held on June 26, 2026. Petitioner appealed that detention order to the BIA, which appeal remains pending. The petition is thus not administratively exhausted and may be dismissed for this reason alone. *See Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011); *Puga v. Chertoff*, 488 F.3d 812, 815 (9th Cir. 2007); *Laing v. Ashcroft*, 370 F.3d 994, 1000 (9th Cir. 2004). Even if exhaustion were excused, petitioner has not carried his burden to show that the immigration judge's June 26, 2026 detention order contained a reviewable error of law or constituted an abuse of discretion in the application of law to established facts. *See Martinez v. Clark*, 124 F.4th 775, 782–84 (9th Cir. 2024); *Fan v. Bondi*, --- F. Supp. 3d ---, 2026 WL 2276462, at *14 (C.D. Cal. Aug. 6, 2026). Thus, what remains of the petition is a jurisdictionally-foreclosed challenge to the immigration judge's underlying factual findings and the judge's ultimate discretionary decision to detain. *See* 8 U.S.C. § 1226(e); *accord Fan*, 2026 WL 2276462, at *6.

For all these reasons, the petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF 1) is DISMISSED. The motion for a temporary restraining order (ECF 11) is DENIED as moot. Judgment will be entered accordingly.