JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ROBERTO SUAREZ-RUIZ,<br>Petitioner,<br>v.<br>JOSH JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-4716-SK<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is DISMISSED.

This court retains jurisdiction over any successive habeas petitions filed by the same petitioner—Josue Roberto Suarez-Ruiz (A 244-029-507)—while in continuous custody within the Central District of California. *See generally Alaimalo v. United States*, 645 F.3d 1042, 1049 (9th Cir. 2011).

Otherwise, the Court Clerk is directed to close this case.

DATED: September 3, 2026

STEVE KIM
United States Magistrate Judge